# EXHIBIT 1

**Joseph Mcdonald**

| | |
|---|---|
| From: | denise.johnson@civ.ohio.gov |
| Sent: | Monday, March 13, 2023 9:58 AM |
| To: | Ronnell.Tomlinson@civ.ohio.gov |
| Subject: | RE: Ronnell -- R/A request |

*Good morning Ronnell.*

*Based on the information that you and your medical provider have submitted, as a part of the interactive process I am offering an effective alternative reasonable accommodation that would remove the stated workplace barrier, feeling unsafe performing your job in person at 30 E. Broad St. You have stated that there is nothing physical in the work place that causes your blood pressure to elevate. When I asked you are there employees and or persons that are in the office space at 30 E. Broad that make you feel unsafe and stressed that causes your blood pressure to become elevated you did not answer "yes" or "no" but gave the following response:*

> *"Due to a range of emotions, I may feel when I am at the office, I do not know how well I keep my emotions under wraps, so I do not want to end up having a wide range of emotions exposed to staff."*

*I can only conclude from your response that you wish to only provide and explanation while withholding a "yes" or "no" answer. If that is the case your answer was not completely responsive to the question posed.*

Therefore I am asking that you consult with your medical provider to respond to whether or not my offer would be an effective alternative reasonable accommodation: the removal of the safety issue that creates a barrier to you being able to safely and substantially perform the essential functions of your job at 30 E. Broad St. If the answer is in the negative, please provide an explanation as to why the alternative would not be an effective reasonable accommodation.
I would like to receive an answer by no later than Monday March 19, 2023.

Thank you in advance for your attention to this matter.

1

## Denise M. Johnson, OCRC ADA Coordinator

**From:** Johnson, Denise
**Sent:** Thursday, March 9, 2023 4:54 PM
**To:** Tomlinson, Ronnell <Ronnell.Tomlinson@civ.ohio.gov>
**Subject:** RE: Ronnell -- R/A request

I just wanted to let you know what my intent is. The process is a difficult one, to be sure. No offense was taken. As I stated before on Teams, I wish you well.

**From:** Tomlinson, Ronnell <Ronnell.Tomlinson@civ.ohio.gov>
**Sent:** Thursday, March 9, 2023 4:51 PM
**To:** Johnson, Denise <denise.johnson@civ.ohio.gov>
**Subject:** Re: Ronnell -- R/A request

Ms. Johnson as I indicated I do not understand why the process seems to be a continuation of seemingly answering the same/similar questions repetitious.

We're all humans with feelings and emotions. So I am expressing my emotions. My apologies I'd have have offended you in any way.

RT


Ronnell Tomlinson
Dir. of Housing Enforcement & Mediation
Ohio Civil Rights Commission
614/466-5913 - Office
Ronnell.Tomlinson@civ.ohio.gov



*Confidentiality Notice: This message is intended for use only by the individual or entity to whom or which it is addressed and may contain information that is privileged, confidential and/or otherwise exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify me immediately by telephone.*

---

**From:** Johnson, Denise <denise.johnson@civ.ohio.gov>
**Sent:** Thursday, March 9, 2023 4:40 PM
**To:** Tomlinson, Ronnell <Ronnell.Tomlinson@civ.ohio.gov>
**Subject:** RE: Ronnell -- R/A request

*Good evening Ronnell. If it is possible, please refrain from implying that my investigation and engaging in the interactive process as the ADA Coordinator is intended as harassment and not something I have a duty to do as the ADA Coordinator.*

*My questions are related to an answer in the Employee ADA form that you completed and signed on 2/27/23 and submitted to me on the same date via email : " If you are requesting a specific accommodation, how will the accommodation enable you to safely and substantially perform the essential functions of your job? Working from home allows me the opportunity to be in a safe environment conducive to reducing my anxiety and depression. Due to stresses of work being in the office overwhelming."*

*From all of the objective information that you and your health care provider have provided in the requested documentation, your BP is elevated by work related stress caused/triggered by working in the office at 30 E. Broad Street or just thinking about having to work in the office. If you believe that is an incorrect statement, please let me know and explain. If you need more time to respond please let me know.*

*There is also an inconsistency between the amount of time that you stated that you wanted to work remotely and what your medical provider states. Which is accurate, 30 days or one year? If thirty days, your request was already granted and there would be no need for further investigation.*

*Denise M. Johnson, OCRC ADA Coordinator*

**From:** Tomlinson, Ronnell <Ronnell.Tomlinson@civ.ohio.gov>
**Sent:** Thursday, March 9, 2023 3:23 PM
**To:** Johnson, Denise <denise.johnson@civ.ohio.gov>
**Subject:** RE: Ronnell -- R/A request

Ms. Johnson you conducted an interview with me via TEAMS whereby I divulge intimate details of what is happening to me with my health. I completely recall the depth of which I expressed my raw unabashed emotions talking to you about what I have been experiencing. I tried to be restrained and composed and yet I was on the brink of tears several times as I had the TEAMS interview with you. I let you know just how unbelievably hard it was for me to even discuss such close personal details about my current condition. I recall stating to you this is extremely difficult. So, I am not sure why we are back to seeming square one.

This process in it of itself is stressful seeking an accommodation again I feel my Bp rising. As I am working today, I must again explain why I am seeking an accommodation. This process is

causing me greater stress and anxiety to keep address your questions. Whether it is your desire to have this effect or whether it is unintentional I do not know. Do not feel compelled to address the aforementioned statement. It is just my thought process because I simply do not understand.

Ms. Johnson I am confused and dismayed over the process you are putting me through.

1. Please explain how working in office makes you feel unsafe, causing you to experience stress that is overwhelming and raises you blood pressure and impacts your depression. *Simply, working in the office raises my blood pressure and it impacts my depression. Due to elevated Bp, I am not sleeping well on any night during the work week as well as on Sunday night leading into Monday. The lack of sleep contributes to my Bp being elevated. Being in the office elevates my Bp.*
*When I go to the office, it immediately triggers a sharp rise in the levels of my Bp. Going to office, I have sat and cried in the parking lots around the Rhodes State Office Tower and in the underground parking. Each time I have experienced an emotional upheaval of depression a feeling of despair…like there is I nothing I can do. My cognitive ability is adversely impacted in the office. My ability to focus and quicky review documents and quickly conduct legal analysis; provide technical assistance to regional staff as one of the Commission subject matter experts on state and federal fair housing laws as well as being a resident expert on disability and housing is impacted adversely.*

   *Clinically my healthcare provider and I hope over the months to follow if the Commission can grant this accommodation request my overall health mentally and physically will improve. My healthcare provider and I know and would like to start the necessary healing process for myself, and I am sure the Commission desires the same.*

   *I cope much better working from home, and I am certainly more productive. A day in in the office starts out as I described above with feelings of depression, inadequacy, despair, rising Bp levels, feelings of panic brought on each time I go to office.*

2. Are there employees and or persons that are in the office space at 30 E. Broad that make you feel unsafe and stressed and cause your blood pressure to become elevated?
*Due to a range of emotions, I may feel when I am at the office, I do not know how well I keep my emotions under wraps, so I do not want to end up having a wide range of emotions exposed to staff.*

3. Is there something that is physically in the office space at 30 E. Broad St. that makes you feel unsafe and stressed and causes your blood pressure to become elevated?
*No.*

4. Your medical provider was asked to provide a response to the following question: "How would your suggestions improve the employee's job performance?" Although the

4

question was not one that called for a "yes" or "no" answer, your medical provider responded "Yes". I need a response that is an explanation as to how her suggestions would improve your job performance. *My healthcare provider indicated working from home would reduce Bp, therefore I can sleep better, and my cognitive skills will be enhance compared to what happens to me at the office. My performance would not be hampered and lack of production that ensues as I feel overwhelmed.*
*Simply put based on the serious impact this has on my overall job performance, I am at my best working from home.*

Again …..I hope you can move forward with you evaluation.

Respectively


Ronnell Tomlinson
Dir. of Housing Enforcement & Mediation
Ohio Civil Rights Commission
614/466-5913 - Office
Ronnell.Tomlinson@civ.ohio.gov




**From:** Johnson, Denise <denise.johnson@civ.ohio.gov>
**Sent:** Thursday, March 9, 2023 2:01 PM
**To:** Tomlinson, Ronnell <Ronnell.Tomlinson@civ.ohio.gov>
**Subject:** RE: Ronnell -- R/A request


Good afternoon, Ronnell. Thank you for your response but you did not answer my questions.
 You are being asked to answer the questions as apart of the interactive process to determine whether there is an alternative acceptable accommodation that would enable you to perform the essential functions of your job in your office at 30 E. Broad St. In order to continue the interactive process, you will need to answer the below listed questions **by Tuesday March 14, 2023**:
1. Please explain how working in office makes you feel unsafe, causing you to experience stress that is overwhelming and raises you blood pressure and impacts your depression.
2. Are there employees and or persons that are in the office space at 30 E. Broad that make you feel unsafe and stressed and cause your blood pressure to become elevated?
3. Is there something that is physically in the office space at 30 E. Broad St. that makes you feel unsafe and stressed and causes your blood pressure to become elevated?

5

4. Your medical provider was asked to provide a response to the following question: "How would your suggestions improve the employee's job performance?" Although the question was not one that called for a "yes" or "no" answer, your medical provider responded "Yes". I need a response that is an explanation as to how her suggestions would improve your job performance.

Thank you in advance for your prompt attention to this matter. My goal is to work expeditiously as possible to make a determination which is why I I need your full cooperation.

Denise M. Johnson, OCRC ADA Coordinator




**From:** Tomlinson, Ronnell <Ronnell.Tomlinson@civ.ohio.gov>
**Sent:** Wednesday, March 8, 2023 9:40 AM
**To:** Johnson, Denise <denise.johnson@civ.ohio.gov>
**Subject:** RE: Ronnell -- R/A request

Ms. Johnson.

This process in it of itself is stressful seeking an accommodation and as I have been trying to calm down, I feel my Bp rising..

1. Please explain how working in office makes you feel unsafe, causing you to experience stress that is overwhelming and raises you blood pressure and impacts your depression. *Simply, working in the office raises my blood pressure and it impacts my depression. Due to elevated Bp, I am not sleeping well on any night during the work week as well as on Sunday night leading into Monday. The lack of sleep contributes to my Bp being elevated. Being in the office elevates my Bp.*
*When I go to the office, it immediately triggers a sharp rise in the levels of my Bp. Going to office, I have sat and cried in the parking lots around the Rhodes State Office Tower and in the underground parking. Each time I have experienced an emotional upheaval of depression a feeling of despair...like there is I nothing I can do. My cognitive ability is adversely impacted in the office. My ability to focus and quicky review documents and quickly conduct legal analysis; provide technical assistance to regional staff as one of the Commission subject matter experts on state and federal fair housing laws as well as being a resident expert on disability and housing is impacted adversely.*

   *Clinically my healthcare provider and I hope over the months to follow if the Commission can grant this accommodation request my overall health mentally and physically will improve. My healthcare provider and I know and would like to start the necessary healing process for myself, and I am sure the Commission desires the same.*

   *I cope much better working from home, and I am certainly more productive. A day in in the office starts out as I described above with feelings of depression, inadequacy, despair, rising Bp levels, feelings of panic brought on each time I go to office.*

2. Are there employees and or persons that are in the office space at 30 E. Broad that make you feel unsafe and stressed and cause your blood pressure to become elevated?
*Due to a range of emotions, I may feel when I am at the office, I do not know how well I keep my emotions under wraps, so I do not want to end up having a wide range of emotions exposed to staff.*

3. Is there something that is physically in the office space at 30 E. Broad St. that makes you feel unsafe and stressed and causes your blood pressure to become elevated?
*No.*

6

5. Your medical provider was asked to provide a response to the following question: "How would your suggestions improve the employee's job performance?" Although the question was not one that called for a "yes" or "no" answer, your medical provider responded "Yes". I need a response that is an explanation as to how her suggestions would improve your job performance. *My healthcare provider indicated working from home would reduce Bp, therefore I can sleep better, and my cognitive skills will be enhance compared to what happens to me at the office. My performance would not be hampered and lack of production that ensues as I feel overwhelmed. Simply put based on the serious impact this has on my overall job performance, I am at my best working from home.*

I hope you can move forward with you evaluation.

Ronnell Tomlinson
Dir. of Housing Enforcement & Mediation
Ohio Civil Rights Commission
614/466-5913 - Office
Ronnell.Tomlinson@civ.ohio.gov



**From:** Johnson, Denise <denise.johnson@civ.ohio.gov>
**Sent:** Tuesday, March 7, 2023 8:52 AM
**To:** Tomlinson, Ronnell <Ronnell.Tomlinson@civ.ohio.gov>
**Subject:** FW: Ronnell -- R/A request

Good morning Ronnell. I was attempting to send this to you yesterday evening and sent it to myself. I apologize.

**From:** Johnson, Denise
**Sent:** Monday, March 6, 2023 6:24 PM
**To:** Johnson, Denise <Denise.Johnson@civ.ohio.gov>
**Subject:** RE: Ronnell -- R/A request

Good evening, Ronnell. As part of the investigation/interactive process I have some additional questions because of the review of information provided by you and your medical provider.
The accommodation that your medical provider is requesting to enable you to perform the essential functions of your job is to work remotely 100 % of the time for 9-12 months. Your medical provider further states that you are having trouble performing all job functions when you are required to be in the office in person. You stated in the employee form the following: "Working from home allows me the opportunity to be in a safe environment conducive to reducing my anxiety and depression. Due to stress of work being in the office overwhelming."

1. Please explain how working in office a safe environment is not.
2. Please explain how working in the office causes you to experience stress that is overwhelming.
3. Your medical provider was asked to provide a response to the following question: "How would your suggestions improve the employee's job performance?" Although the question was not one that called for a "yes" or "no"

7

answer, your medical provider responded "Yes". I need a response that is an explanation as to how her suggestions would improve your job performance.

Specifically I want to discuss any issues that you have regarding unsafe work environment: what is causing it, and how a reasonable accommodation of addressing the safety issues and removing them can be a reasonable alternative to the accommodation requested by you and your medical provider.

I am open to scheduling a Teams Mtg if you would like to respond to my questions and having a discussion during a virtual face to face.

Denise M. Johnson, OCRC ADA Coordinator

**From:** Johnson, Denise
**Sent:** Monday, March 6, 2023 11:56 AM
**To:** Tomlinson, Ronnell <Ronnell.Tomlinson@civ.ohio.gov>
**Subject:** RE: Ronnell -- R/A request

The position of ADA Coordinator for state agencies is under the governor's executive order that established the DAS Office of Diversity & Inclusion. https://governor.ohio.gov/media/executive-orders/2019-03d#:~:text=The%20Ohio%20Department%20of%20Administrative%2cof%20inclusion%20in%20the%20workplace. "The agency ADA Coordinator is responsible for making ADA reasonable accommodation determinations and providing requested data to the State ADA Coordinator. The ADA Coordinator may use an ADA Team to assist in the reasonable accommodation decision process." https://ohiodas.sharepoint.com/sites/EEOF/ADA/SitePages/Reasonable-Accommodations.aspx

If you have any further questions about the process, please do not hesitate to reach out to me.

Denise M. Johnson, OCRC ADA Coordinator

**From:** Tomlinson, Ronnell <Ronnell.Tomlinson@civ.ohio.gov>
**Sent:** Monday, March 6, 2023 11:08 AM
**To:** Johnson, Denise <denise.johnson@civ.ohio.gov>
**Subject:** RE: Ronnell -- R/A request

Thanks for the update, Ms. Johnson.

It is my understanding any determination on whether to grant or deny any accommodation request is to be made solely with consultation with the Commission's Executive Director.

If this is incorrect, please let me know.


Ronnell Tomlinson
Dir. of Housing Enforcement & Mediation
Ohio Civil Rights Commission
614/466-5913 - Office
Ronnell.Tomlinson@civ.ohio.gov

8



**From:** Johnson, Denise <denise.johnson@civ.ohio.gov>
**Sent:** Monday, March 6, 2023 10:37 AM
**To:** Tomlinson, Ronnell <Ronnell.Tomlinson@civ.ohio.gov>
**Subject:** RE: Ronnell -- R/A request

Good morning. I am reviewing the information provided by your medical provider that was attached to your email dated 3/3/23.

Denise M. Johnson, OCRC ADA Coordinator

**From:** Tomlinson, Ronnell <Ronnell.Tomlinson@civ.ohio.gov>
**Sent:** Friday, March 3, 2023 5:03 PM
**To:** Johnson, Denise <denise.johnson@civ.ohio.gov>
**Subject:** Ronnell -- R/A request


Ronnell Tomlinson
Dir. of Housing Enforcement & Mediation
Ohio Civil Rights Commission
614/466-5913 - Office
Ronnell.Tomlinson@civ.ohio.gov



9