UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**RONNELL TOMLINSON,**

      **Plaintiff,**

    v.                              **Civil Action 2:25-cv-1057**
                                    **Judge Edmund A. Sargus, Jr.**
**STATE OF OHIO, CIVIL RIGHTS**      **Magistrate Judge Chelsey M. Vascura**
**COMMISSION,**

      **Defendant.**

## ORDER

This matter is before the Court on Plaintiff's Motion to file an amended Complaint. (ECF No. 4.) That motion is unnecessary because Federal Rule of Civil Procedure 15(a) permits a party to amend its complaint once as a matter of course within 21 days after service of a motion under Rule 12(b). Fed. R. Civ. P. 15(a)(1)(B). Because Defendant filed a Motion to Dismiss under Rule 12(b) on December 1, 2025, Plaintiff was permitted to file an Amended Complaint without leave of Court until December 22, 2025. Accordingly, Plaintiff's December 10, 2025 Motion for Leave to File First Amended Complaint (ECF No. 4) is **DENIED AS MOOT**. The Clerk is **DIRECTED** to file on the docket Plaintiff's Amended Complaint (ECF No. 4–1), which is now the operative Complaint in this action.

Moreover, because Plaintiff's Amended Complaint supersedes the original Complaint, Defendant's Motion to Dismiss the original Complaint (ECF No. 3) is **DENIED AS MOOT**.

      **IT IS SO ORDERED.**

                                    /s/ *Chelsey M. Vascura*
                                    CHELSEY M. VASCURA
                                    UNITED STATES MAGISTRATE JUDGE